**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Kim D. Brew**<br>　　　　　　　　**Debtor(s)** | **BK NO. 17-18335 AMC** |
| **Lakeview Loan Servicing, LLC**<br>　　　　　　　　**Movant**<br>vs.<br>**Kim D. Brew**<br>　　　　　　　　**Debtor(s)**<br>**Scott F. Waterman**<br>　　　　　　　　**Trustee** | **Chapter 13** |

**CERTIFICATE OF SERVICE
NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE
COVID-19 PANDEMIC**

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on March 23, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Kim D. Brew
4833 Pulaski Avenue
Philadelphia, pa 19144

Attorney for Debtor(s)
David M. Offen, Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

Trustee
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service: electronic means or first class mail

Dated: March 23, 2022

　　　　　　　　　　　　　　　　　　　　　**/s/Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　215-825-6327
　　　　　　　　　　　　　　　　　　　　　rsolarz@kmllawgroup.com