United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 17-18335-amc
Kim D Brew     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Apr 27, 2022     Form ID: 138OBJ     Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kim D Brew, 4833 Pulaski Avenue, Philadelphia, PA 19144-4128 |
| 14032467 | + | American Honda Finance Corp., c/o William E. Craig, Esq., Morton & Craig LLC, 110 Marter Ave., Ste. 301, Mooretown, NJ 08057-3125 |
| 14058729 | + | LakeView Loan Servicing, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14026477 | + | Lakeview Loan Servicing, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 14677410 | + | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14677477 | + | Lakeview Loan Servicing, LLC, C/O Rebecca Ann Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14403245 | + | Lakeview Loan Srv LLC, c/o Daniel Jones, Esq., Stern & Eisenberg, PC, 1581 Main St., Ste. 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 14043010 | + | Lakeview Loan Srving LLC, c/o Alexandra T. Garcia, Esq., 123 S. Broad St., Ste. 1400, Phila., PA 19109-1060 |
| 14026478 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14077254 | | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14026483 | + | Wells Fargo Bank NA, PO Box 10438, Des Moines, IA 50306-0438 |
| 14042878 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 28 2022 00:24:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 28 2022 00:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 28 2022 00:24:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14026470 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 28 2022 00:24:00 | Acura Financial Services, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14026472 | + | Email/Text: g20956@att.com | Apr 28 2022 00:24:00 | AT&T Mobility II LLC, % AT&T Services, Inc, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2694 |
| 14026471 | + | Email/Text: EBNProcessing@afni.com | Apr 28 2022 00:24:00 | Afni, Attn: Bankruptcy, Po Box 3097, Bloomington, IL 61702-3097 |
| 14111485 | | Email/Text: megan.harper@phila.gov | Apr 28 2022 00:24:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14026473 | | Email/Text: megan.harper@phila.gov | Apr 28 2022 00:24:00 | City of Philadelphia - Law Dept., One Parkway Bldg., 1515 Arch Street, 14th Fl, Philadelphia, PA 19107 |
| 14026474 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 28 2022 00:23:00 | COMENITY CAPITAL BANK/PAYPAL CREDIT, C/O WEINSTEIN & RILEY, P.S., 2001 WESTERN AVENUE, STE 400, Seattle, WA 98121-3132 |

Case 17-18335-amc    Doc 86    Filed 04/29/22    Entered 04/30/22 00:33:05    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 27, 2022 | Form ID: 138OBJ | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| 14676124 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Apr 28 2022 00:23:00 | Community Loan Servicing, LLC, et al., 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 14054200 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 28 2022 00:23:02 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14026476 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 28 2022 00:23:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14058729 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 28 2022 00:23:00 | LakeView Loan Servicing, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14026477 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 28 2022 00:23:00 | Lakeview Loan Servicing, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 14026479 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2022 00:23:06 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14026480 | | Email/PDF: cbp@onemainfinancial.com | Apr 28 2022 00:23:01 | SPRINGLEAF FINANCIAL SERVICES, P.O. BOX 3251, Evansville, IN 47731-3251 |
| 14027061 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:23:01 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14026481 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Apr 28 2022 00:23:00 | Us Dept Of Ed/Great Lakes Higher Educati, Attn: Bankruptcy, 2401 International Lane, Madison, WI 53704-3121 |
| 14026482 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 28 2022 00:23:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 14026484 | + | Email/Text: bankruptcydept@wyn.com | Apr 28 2022 00:24:00 | Wyndham Vacation Ownership, 6277 Sea Harbor Dr, Orlando, FL 32821-8027 |
| 14026475 | | Email/PDF: bncnotices@becket-lee.com | Apr 28 2022 00:23:06 | eCAST Settlement Corporation, SUCCESSOR, to FIA Card Services, N.A., POB 29262, New York, NY 10087-9262 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 29, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2022 at the address(es) listed below:

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Apr 27, 2022 | Form ID: 138OBJ | Total Noticed: 31

| Name | Email Address |
|---|---|
| ALEXANDRA T. GARCIA | on behalf of Creditor LakeView Loan Servicing LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| DANIEL P. JONES | on behalf of Creditor Lakeview Loan Servicing LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DAVID M. OFFEN | on behalf of Debtor Kim D Brew dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| MARISA MYERS COHEN | on behalf of Creditor LakeView Loan Servicing LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| MEGAN N. HARPER | on behalf of Creditor City of Philadelphia / School District of Philadelphia megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov |
| POLLY A. LANGDON | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| RAYMOND M. KEMPINSKI | on behalf of Creditor LakeView Loan Servicing LLC raykemp1006@gmail.com, raykemp1006@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor LakeView Loan Servicing LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor American Honda Finance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Kim D Brew
    Debtor(s)

Case No: 17−18335−amc

Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/27/22

83 − 82
Form 138OBJ